MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ESTHER KIM CHANG (CA SBN 258024)
EChang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

DAVID A. MANSPEIZER (NY SBN 4867602)
DManspeizer@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

ERIC M. ACKER (CA SBN 135805)
EAcker@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Plaintiff
GENENTECH, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>Defendant. | Case No.   3:18-cv-01518-JLS-JLB<br><br>**GENENTECH, INC.'S NOTICE OF MOTION AND *EX PARTE* MOTION FOR LEAVE TO SEEK EXPEDITED VENUE DISCOVERY AND EXTEND TIME TO RESPOND TO LILLY'S MOTIONS TO DISMISS AND STRIKE (DKT. 30)**<br><br>**DEMAND FOR JURY TRIAL** |

sf-3948702

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as soon as the matter may be heard, Plaintiff GENENTECH, INC. ("Genentech") will, and hereby does, move to seek expedited venue discovery and extend the time to respond to Defendant Eli Lilly and Company's ("Lilly") motions to dismiss and strike (Dkt. 30).

Genentech's *ex parte* motion for leave to seek expedited discovery is made because Lilly's motions to dismiss or, in the alternative, transfer require discovery in order for Genentech to fairly respond, as explained in the accompanying Memorandum of Points and Authorities, any reply in support thereof, and on the basis of further argument and authority, including at the hearing on this motion. Genentech has included the statements required by Local Civil Rule 83.3(g) in conjunction with counsel's declaration.

Dated: November 16, 2018    MORRISON & FOERSTER LLP

By: *s/ Michael A. Jacobs*
     MICHAEL A. JACOBS

Attorneys for Plaintiff
GENENTECH, INC.

Email: MJacobs@mofo.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 16, 2018 a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Southern District of California which, under Local Civil Rule 5.4(b)-(d), is believed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are believed to have consented to electronic service.

Executed on November 16, 2018, at San Francisco, California.

*s/ Michael A. Jacobs*
MICHAEL A. JACOBS
MJacobs@mofo.com