UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>Defendant. | Case No.: 18-CV-1518 JLS (JLB)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**<br><br>(ECF No. 73) |

Presently before the Court is Plaintiff Genentech, Inc.'s Motion to Voluntarily Dismiss With Prejudice (ECF No. 73). Defendant Eli Lilly and Company filed a response requesting the Court either name Defendant the prevailing party or, in the alternative, enter final judgment under Federal Rules of Civil Procedure 54, 56, and 58. ECF No. 75. Plaintiff filed a reply and noted that it does not oppose the request to name Defendant the prevailing party, but that it does oppose Defendant's request to enter judgment. ECF No. 76.

After reviewing the Motion and the Parties responses, the Court **GRANTS** Plaintiff's Motion to Voluntarily Dismiss (ECF No. 73) and **DISMISSES WITH PREJUDICE** this action in its entirety. Because the Court dismisses the case with prejudice, the Court **DECLARES** Defendant to be the prevailing party in this action. *See*

*Raniere v. Microsoft Corp.*, 887 F.3d 1298, 1307 (Fed. Cir. 2018) (holding that a voluntary dismissal with prejudice under Rule 41(a)(2) is sufficient to establish prevailing party status on a defendant).

**IT IS SO ORDERED.**

Dated: March 16, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge