UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>Defendant. | Case No.: 18-CV-1518 JLS (JLB)<br><br>**ORDER GRANTING MOTION FOR ESTHER KIM CHANG TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>(ECF No. 88) |

Presently before the Court is a Motion for Esther Kim Chang to Withdraw as Attorney of Record (ECF No. 88). Esther Kim Chang seeks to withdraw as counsel for Plaintiff Genentech, Inc. in accordance with Local Rule 83.3(f)(3). Good cause appearing, the Court **GRANTS** the Motion. The Clerk of Court will update the docket to reflect the withdrawal of Ms. Chang and remove her name from the CM/ECF electronic service list.

**IT IS SO ORDERED.**

Dated: March 12, 2021

Hon. Janis L. Sammartino
United States District Judge